IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ROBERT MEYER,

Plaintiff,

v.

UNION PACIFIC RAILROAD as successor in interest to the Chicago Great Western Railway Company, Chicago & North Western Railway Company and the Chicago & North Western Transportation Company AND BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, Successor-in-interest to The Great Northern Railroad Co.,

Defendant.

CIVIL ACTION NO. 00-2145 PAM/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

AUG 1 3 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 1 3 2002
DEPUTY CLERK

Dated:

By________________________
Mark J. Fellman, #
213 East Fourth Street
Suite 200
St. Paul, MN 55101
(651) 225-5600

and

John D. Roven
ROVEN, KAPLAN & WELLS, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018
(713) 465-8522

**Attorneys for Plaintiff Robert Meyer**

Dated: 8/5/02

LINDQUIST & VENNUM P.L.L.P.

By________________________
David A. Donna, #163624
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

**Attorneys for Defendant Union Pacific Railroad**

Dated: 8/1/02

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By________________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

**Attorneys for Defendant Soo Line Railroad**

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendants brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: August 13, 2002

BY THE COURT

Paul A. Magnuson
United States District Court Judge

s:\meyer, robert\pleadings\stipdis.doc\tw